

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2019

No. 04-19-00648-CV

**IN THE INTEREST OF M.A., A CHILD,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00285
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

The trial court signed an order terminating appellant's parental rights on August 22, 2019. Because this is an accelerated appeal, the notice of appeal was due to be filed on September 11, 2019. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file the notice of appeal was due on September 26, 2019. *See* TEX. R. APP. P. 26.3. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, she did not file a motion for extension of time.

On October 7, 2019, this court ordered appellant to file a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner and advising appellant that if she failed to do so, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c). On October 9, 2019, appellant filed a motion for extension of time to file the notice of appeal, stating appellant's late-filing of the notice of appeal was the result of mistake and inadvertence. We GRANT appellant's motion for extension and accept appellant's untimely notice of appeal.

All appellate deadlines are reinstated. The reporter's record is due October 14, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2019.

_Luz Estrada_
LUZ ESTRADA,
Chief Deputy Clerk